# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADIR OMAR ABDULLAH BIN, SA'ADOUN ALSA'ARY a/k/a AHMED OMAR, ) ) ) ) ) | |
| Petitioner, ) | Civil Action No. 09-0745 (RCL) |
| v. ) ) | |
| BARACK OBAMA, *et al.*, ) ) | |
| Respondents. ) | |

## [PROPOSED] ORDER

This matter coming before the Court on Petitioner's Status Report, and having considered the entire record;

**IT IS THEREFORE ORDERED THAT** counsel for Petitioner may file a Status Report no later than July 15, 2013.

Date: 4/10/13

_____
UNITED STATES DISTRICT JUDGE